IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Paul Johnson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 10-3344-CV-S-JTM |
| | ) | |
| Michael Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse And Remand With Supporting Suggestions*, filed May 12, 2011 [Doc. 9]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that *Defendant's Motion To Reverse And Remand With Supporting Suggestions*, filed May 12, 2011 [Doc. 9] is **GRANTED**. Accordingly, this matter is **REVERSED AND REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g).

                                                    */s/ John T. Maughmer*
                                                 **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**