# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

Paul Johnson,                              )

                          )

          Plaintiff,         )

                          )

V.                             )   **Case No. 10-3344-CV-S-JTM**

                          )

Michael J. Astrue,               )

                          )

          Defendant.      )

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed September 28, 2011 [Doc. 13]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed September 28, 2011 [Doc. 13] is **GRANTED**. Accordingly, plaintiff is awarded attorney fees under the EAJA in the amount of $3,061.60.

                                     */s/ John T. Maughmer*
                                     **JOHN T. MAUGHMER**
                                     **U. S. MAGISTRATE JUDGE**